# POPE v. BOARD OF COM'RS. OF OKLAHOMA COUNTY.

No. 6775.  Opinion Filed February 2, 1915.

(146 Pac. 223.)

DISTRICT AND PROSECUTING ATTORNEYS.—County Attorney—
Compensation.  Section 1557, Rev. Laws Okla. 1910, provides: "The county attorney shall not engage in the private practice of law, but in addition to his annual salary * * * he shall receive 25 per cent. of all forfeited bonds and recognizances by him collected."  Held, that this provision applies only to such bonds and recognizances collected by the county attorney as are forfeited in the manner provided by section 6110, Rev. Laws 1910.

(Syllabus by the Court.)

*Error from Superior Court, Oklahoma County;*

*Edward Dewes Oldfield, Judge.*

The rejection of the claim of D. K. Pope by the board of County Commissioners of Oklahoma County was affirmed by the superior court of such county, and Pope brings error.    Affirmed.

*McAdams & Haskell,* for plaintiff in error.

*Ames, Chambers, Lowe & Richardson,* for defendants in error.

KANE, C. J.    This is an appeal from the action of the superior court of Oklahoma county in affirming the action of the board of county commissioners of said county in rejecting the claim of the county attorney thereof for 25 per cent. of the amount collected by him from the surety upon the official bond of James S. Powers, clerk of the county court.    It is agreed between counsel that the decision in this case may follow the decision in *D. K. Pope v. Board of County Com'rs. of Oklahoma County, ante,* 146 Pac. 222, just handed down.    As in that cause the judgment of the court below is affirmed, the same order will be entered herein.

The judgment of the court below is affirmed.

All the Justices concur.